RECEIVED
NOV 1 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ROBERT LEE LYONS AND BECKY LEE LYONS** | **CIVIL ACTION NO. 06-2064** |
| **VERSUS** | **JUDGE MINALDI** |
| **STATE FARM FIRE AND CASUALTY COMPANY AND/OR STATE FARM INSURANCE COMPANIES** | **MAGISTRATE JUDGE METHVIN** |

### *JURISDICTIONAL REVIEW RULING*

Defendant removed this case from a local state court alleging that this court has diversity jurisdiction under 28 U.S.C. §1332. The undersigned has reviewed the pleadings to determine whether the $75,000 jurisdictional amount has been met.

Plaintiffs allege that they purchased a homeowner's policy from defendant which was in effect on September 23 and 24, 2005, when Hurricane Rita struck and on June 19, 2006, when a severe storm struck Calcasieu Parish. Plaintiffs allege that the policy provided coverage of $130,200.00 for their dwelling, $13,030.00 for dwelling extensions, $97,725.00 for personal property, and actual loss sustained for plaintiff's loss of use of the covered property. Plaintiffs allege that the covered property sustained severe damage, including foundation shift, water and sewer line fractures. Plaintiffs state that defendant has paid $18,339.03 for damages due to Hurricane Rita. Plaintiffs ask for penalties and attorneys' fees pursuant to La.R.S. 22:658, 22:658.2 and 22:1220, which potentially include a 50% penalty on the amount found to be due from State Farm and twice the damages sustained, plus damages for mental anguish, inconvenience, worry and stress. The plaintiffs have asked for a jury trial in state court, which requires a minimum amount in controversy of $50,000.

Considering the foregoing, the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana, on November 10, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

Mem: C:\wpdocs\LReece\acivil\2006\06-cv-2064.JAR.met.PM.ld.wpd 11/10/08